UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ELISABETH FRANCOIS,
    Plaintiff,

v.    C.A. No. 09-590 S

LIBERTY TITLE & ESCROW,
    Defendant.

### ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on February 23, 2010, in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objections having been filed to the Report & Recommendation, Defendant's Motion for a More Definite Statement is hereby GRANTED and Defendant's Motion to Dismiss is DENIED WITHOUT PREJUDICE.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 3/15/10